■ PEOPLE v SAM CHINN, III, Defendant. [648 NYS2d 393] —Motion for a change of venue denied. Memorandum: On this motion for a change of venue, we conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Onondaga County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate motion may be made at that time. The relief requested is premature (*see, People v Thibodeau,* 219 AD2d 883; *People v Scott,* 197 AD2d 936). Present—Green, J. P., Pine, Callahan, Davis and Boehm, JJ.

■ PEOPLE, Respondent, v ARAMIS FOURNIER, Appellant. [648 NYS2d 393] —Motion for summary reversal denied. Memorandum: Defendant has failed to make the required showing to entitle him to the drastic relief that he seeks (*see, People v Glass,* 43 NY2d 283; *People v Cetola,* 147 AD2d 986). Present— Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ PEOPLE v MICHAEL KLEM, Defendant. [648 NYS2d 391] —Motion to extend time to take appeal denied. Memorandum: Pursuant to CPL 460.30 (1), a motion to extend the time to take an appeal must be made within one year and thirty days from the date of sentencing. Defendant was sentenced in December 1993; therefore, his motion is untimely. Present— Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ In the Matter of FRANCIS X. GAY, Appellant, v PATRICIA M. GAY, Respondent. [648 NYS2d 389] —Motion for leave to appeal denied. Memorandum: The order sought to be appealed is not a dispositional order that is appealable as of right (*see,* Family Ct Act § 1112 [a]; *see also, Matter of Gay v Gay,* App Div, 4th Dept, June 19, 1996). Leave to appeal is not warranted because the attorney making this motion is not the attorney of record for the children he seeks to represent (*see, Matter of Fargnoli v Faber,* 65 NY2d 631, *mot to vacate denied* 65 NY2d 783). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.